**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 08-cv-02683-CMA-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:   October 6, 2009** | **Courtroom Deputy:**  Linda Kahoe |

GETHAHUN GIDEY,                                              Larry Schneider

      Plaintiff,

      v.

STATE FARM MUTUAL AUTOMOBILE           Franklin D. Patterson
INSURANCE COMPANY,

      Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in session:        8:56 a.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Defendant's Motion to Strike, doc #14.

The court cites relevant case law.

For the reasons as stated on the record, it is:

ORDERED:   Defendant's Motion to Strike Plaintiff's Income Loss Damages Claim (doc. #[14], filed August 21, 2009) is DENIED.  The Plaintiff shall fully and completely supplement the response to interrogatory #9 by 5:00 on Friday, October 9, 2009.  The response shall state the total income lost as of October 9, 2009.  The Plaintiff shall explain the methodologies used to calculate the amount of that loss.  The Defendant may reopen the Plaintiff's deposition for a period of one and one-half hours to address this issue.  The costs incurred for the deposition, court reporter, transcript fees, and interpreter fees will be assumed by Plaintiff.  Fees and costs will not be awarded.

ORDERED:   A Settlement Conference is set for OCTOBER 27, 2009 at 9:00 a.m.  Confidential updated settlement statements are due on or before OCTOBER 22, 2009.

HEARING CONCLUDED.
**Court in recess**:        **9:35 a.m.**
Total time in court:     00:39

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.