IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-02683-CMA-CBS

GETHAHUN GIDEY,

     Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

     Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulated Motion To Dismiss With Prejudice (Doc. # 32). The Court having considered the Motion To Dismiss, hereby

ORDERS that this action is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

DATED: November   17  , 2009

                                                    BY THE COURT:

                                                   _____
                                                   CHRISTINE M. ARGUELLO
                                                   United States District Court Judge